**FLICKER, GARELICK & ASSOCIATES, LLP** RECEIVED IN THE CHAMBERS OF

ATTORNEYS AT LAW

45 BROADWAY

NEW YORK, NEW YORK 10006

NOV 1 9 2010

(212) 319-5240

FACSIMILE (212) 888-5271

office@flickergarelick.com

www.flickergarelick.com

HON CLAIRE C. CECCHI

KEITH L. FLICKER*

RICHARD L. GARELICK*

KENNETH M. SIMON*

ROBERT N. DENGLER*

BRENDAN E. McKEON†

ERIC H. KIM*

DANIEL J. LOUIS*

*ADMITTED IN N.Y. AND N.J.
†ADMITTED IN N.Y., N.J. AND CT.

**ORDER ON ORAL MOTION**

November 16, 2010

NEW JERSEY OFFICE:

PARK 80 WEST

PLAZA II, SUITE 200

PMB 2008

SADDLE BROOK, NEW JERSEY 07663

(201) 291-2877

PARALEGALS

ANA M. GONZALEZ

FRANK RO

MATHEW J. FLICKER

VIA ECF and
VIA FIRST CLASS MAIL

The Honorable Claire C. Cecchi
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

> Nelson Melendez v. Ken's Marine Service, Inc., et al.
> United States District Court, District of New Jersey
> Civil Action No.: 09-cv-04517
> Our File: 411-1

Dear Judge Cecchi:

This firm represents Plaintiff in the above-referenced matter. On behalf of the parties, we respectfully submit this letter in request for a sixty (60) day extension of all current discovery deadlines. Your Honor's Scheduling Order of June 24, 2010 was once amended by Order of July 27, 2010 to accommodate defense counsel, Mr. Daniel Fitzgerald's service in the Louisiana Gulf area for the United States Coast Guard.

To date, the parties have completed the depositions of Plaintiff, two employees of Defendant K-Sea, and two employees of Defendant Ken's Marine. The parties are also in the process of scheduling three additional depositions and the inspection of the vessels involved in the incident. While the parities have diligently conducted discovery, there have been difficulties in

**FLICKER, GARELICK & ASSOCIATES, LLP**

The Honorable Claire C. Cecchi
November 16, 2010
Page 2


completing fact discovery due to the scheduling conflicts and limited availability of witnesses as a result of the nature of their maritime employment.

In view of the foregoing, the parties jointly and respectfully request further amendment to the Scheduling Order as follows:

|  | Current date | Proposed date |
|---|---|---|
| Fact discovery shall close | 11/30/10 | 1/31/11 |
| Affirmative expert reports shall be submitted by | 12/30/10 | 2/28/11 |
| Responding expert reports shall be submitted by | 1/30/11 | 3/31/11 |
| Expert discovery shall be completed by | 3/2/11 | 5/2/11 |
| Telephone Status/ Settlement Conference | 12/8/10 | 2/07/11 |
| Delivery of Confidential Settlement Positions | 12/1/10 | 1/31/11 |

Thank you for your courtesies.

The schedule set forth above is hereby adopted by the Court. The telephone status/ settlement conference scheduled for December 8, 2010 is hereby adjourned to February 7, 2011 at 11:00 a.m. Plaintiff shall initiate the call.

Respectfully Submitted,

FLICKER, GARELICK & ASSOCIATES, LLP


/s/ Robert N. Dengler

By: Robert N. Dengler


SO ORDERED

s/Claire C. Cecchi

Claire C. Cecchi, U.S.M.J.

Date: November 22, 2010

**FLICKER, GARELICK & ASSOCIATES, LLP**

The Honorable Claire C. Cecchi
November 16, 2010
Page 3


cc:   VIA ECF and
      VIA FIRST CLASS MAIL

      Daniel J. Fitzgerald, Esq.
      Freehill, Hogan & Mahar, LLP
      80 Pine Street
      New York, New York 10005


      VIA ECF and
      VIA FIRST CLASS MAIL

      Joseph J. Michalowski, Esq.
      Chase, Kurshan, Herzfeld & Rubin, LLC
      354 Eisenhower Parkway
      Plaza 1, Suite 1100
      Livingston, New Jersey 07039